# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MILDRED ZARAGOZA,**

        **Plaintiff,**

-vs-                                         Case No. 6:08-cv-478-Orl-31GJK

**ANDERSON-COLLINS, INC.,**
**f/k/a Sanford-Orlando Kennel Club, Inc.,**
**COLLINS & COLLINS,**
**d/b/a CCC Racing,**
**JACKS COLLINS, JR.,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Declaration of Attorney's Fees and Costs (Doc. 31-2) filed pursuant to this Court's order (Doc. 29) of June 27, 2008, imposing sanctions pursuant to 28 U.S.C. § 1927, it is hereby

**ORDERED** that Defendant's counsel shall pay $250 to Plaintiff's counsel within twenty (20) days of this order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 8, 2008.

                                                        GREGORY A. PRESNELL
                                                   UNITED STATES DISTRICT JUDGE